# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL JOURNET, | ) |
|    Petitioner, | ) ) ) |
|         v. | ) 1:19-cv-00226-JDL ) |
| MATTHEW MAGNUSSON, | ) ) ) |
|    Respondent. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 6) with the Court on September 27, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019), Fed. R. Civ. P. 72(b), and Rule 8(b) of the Rules Governing Section 2254 Cases, regarding Respondent Matthew Magnusson's request for dismissal (ECF No. 3) of Petitioner Michael Journet's petition for a writ of habeas corpus (ECF No. 1). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set

forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 6) of the Magistrate Judge is hereby **ACCEPTED**, and the petition for a writ of habeas corpus (ECF No. 1) is **DISMISSED**. It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2) (West 2019).

**SO ORDERED.**

**Dated this 20th day of November, 2019.**

                                                  /s/ Jon D. Levy
                                        **CHIEF U.S. DISTRICT JUDGE**